## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:25-CV-2416-KKM-CPT

Plaintiff:
**PAINT NAIL BAR FRANCHISE COMPANY, LLC, a Florida limited liability company**

vs.

Defendant:
**PRINCESSICA, LLC, a Texas limited liability company, and JESSICA HAWORTH, an individual**

For:
Evan M. Goldman, Esq.
The Franchise Firm, LLP

Received by Kysa Medina on the 10th day of September, 2025 at 11:05 am to be served on **PRINCESSICA, LLC C/O JESSICA HAWORTH, REGISTERED AGENT, 19790 WELLEN PIKE BOULEVARD, SUITE 105, NORTH PORT, FL 34293**.

I, Kysa Medina, do hereby affirm that on the **10th day of September, 2025** at **1:23 pm, I:**

served an **LIMITED LIABILITY COMPANY** entity by delivering a true copy of the **LETTER FROM ATTORNEY; PLAINTIFF'S CORRECTED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW IN SUPPORT THEREOF; ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER** with the date and hour of service endorsed thereon by me, to: **JESSICA HAWORTH** as **REGISTERED AGENT** at the address of: **19790 WELLEN PIKE BOULEVARD, SUITE 105, NORTH PORT, FL 34293**, who stated they are authorized to accept service for **PRINCESSICA, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 125, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

_____
**Kysa Medina**
CPS #7076

**KG Process Services**
**1250 NE 125th Street**
**Apt. 200**
**North Miami, FL 33161**
**(786) 546-0793**

Our Job Serial Number: HTG-2025008676

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d